UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-00251 |
| | ) | JUDGE HAYNES |
| JONATHAN SCOTT ESKIND | ) | |

### NOTICE OF FILING

NOW COMES the defendant, Jonathan Scott Eskind, who through undersigned counsel, respectfully provides notice of filing of the attached Proposed Order as directed by this Court on November 23, 2009, (D.E. 12).

**Respectfully submitted,**

/s/ *Ronald C. Small*
**RONALD C. SMALL, BPR #23150**
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047
E-mail: Ron_Small@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009, I electronically filed the foregoing *Notice of Filing* with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Ty E. Howard**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Ronald C. Small*
**RONALD C. SMALL**