UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-00251 |
| ) | JUDGE HAYNES |
| JONATHAN SCOTT ESKIND ) | |

## ORDER

Pending before the Court is the United States Probation Officer's ("USPO"), request to modify the Defendant's conditions of supervised release to impose a total ban on alcohol consumption. (Docket No. 5). The Defendant's conditions of release are hereby **MODIFIED** to require the Defendant to refrain from use of alcohol in excess of a blood alcohol concentration of .08%. If any further tests result in a blood alcohol concentration in excess of .08%, the Court shall be notified in order to determine whether pharmaceutical options should be explored by the USPO. All other conditions of the Defendant's supervised release shall remain in effect.

It is so **ORDERED**.

ENTERED this _____ day of _____, 2009.

WILLIAM J. HAYNES, JR.
UNITED STATES DISTRICT JUDGE